IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AUTO-WARES, LLC,
a Michigan Limited Liability Company,

    Plaintiff,

v.

WISCONSIN RIVER CO-OP SERVICES,
a Wisconsin Membership Cooperative,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-344-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Wisconsin River Co-Op Services granting its motion for summary judgment and dismissing this case.

_____      _7/15/11_____
Peter Oppeneer, Clerk of Court                     Date